# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRYAN A. THOMAS,

                Petitioner,                    Case Number: 5:06-CV-13707

v.                                          HON. JOHN CORBETT O'MEARA

C. EICHENLAUB,

                Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

      Petitioner Bryan A. Thomas has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that he is incarcerated in violation of his constitutional rights. Before the Court is Petitioner's Motion for Appointment of Counsel.

      There exists no constitutional right to the appointment of counsel in civil cases, and the court has broad discretion in determining whether counsel should be appointed. Childs v. Pellegrin, 822 F.2d 1382, 1384 (6th Cir. 1987) ("[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege and not a right.") (internal quotation omitted). A habeas petitioner may obtain representation at any stage of the case "[w]henever the United States magistrate or the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). In the instant case, the Court determines after careful consideration that the interests of justice do not require appointment of counsel.

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Appointment of Counsel is

**DENIED**.


                                        s/John Corbett O'Meara
                                        UNITED STATES DISTRICT JUDGE


Dated:  February 21, 2007


I hereby certify that a copy of the foregoing document was served upon the parties of record on
this date, February 21, 2007, by electronic or ordinary mail.


                                        s/William Barkholz
                                        Case Manager