UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN A. THOMAS, SR.,

                Petitioner,                               Case Number: 06-CV-13707

v.                                                       HON. JOHN CORBETT O'MEARA

C. EICHENLAUB,

                Respondent.
_____/

## ORDER DENYING PETITIONER'S "MOTION FOR SUMMARY JUDGMENT AND IMMEDIATE TRANSFER" AND "PRO SE BRIEF AND REQUEST FOR EXECUTION IN SUPPORT"

Petitioner Bryan A. Thomas, Sr., a federal prisoner incarcerated at the Federal Correctional Institution in Milan, Michigan, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner challenged the policies of the Federal Bureau of Prisons (BOP) concerning his eligibility for placement in a Community Corrections Center ("CCC"), also known as a Residential Reentry Center (RCC). On December 27, 2007, the Court issued an Opinion and Order Granting Petition for Writ of Habeas Corpus. The Order required the BOP to consider within thirty days from the date of the Order whether Petitioner is eligible for transfer to a CCC. Petitioner has filed a "Motion for Summary Judgment and Immediate Transfer" (Motion) and a "Pro Se Brief and Request for Execution in Support" (Request), in which he argues that the BOP has failed to fairly consider him for CCC placement and requests immediate placement in a CCC facility.

The Federal Bureau of Prisons maintains an Inmate Locator Service, which may be accessed through the Bureau of Prisons' official website (www.bop.gov). The Inmate Locator

Service enables the public to track the location of federal inmates. The Court is permitted to take judicial notice of information on the Inmate Locator Service. *See* Fed. R. Evid. 201(c); *Herl v. Federal Bureau of Prisons*, No. 06-CV-13843, 2008 WL 544955, at *1 (E.D. Mich. Feb.25, 2008) (Steeh, J.); *Munro v. Eichenlaub*, No. 07-CV-15043, 2007 WL 4287547, at *1 n.1 (E.D. Mich. Dec.5, 2007) (O'Meara, J.). The Inmate Locator Service indicates that Petitioner has been placed in a CCC. The relief Petitioner seeks in his Motion and Request is an order from this Court requiring the BOP to immediately transfer him to a CCC. Because Petitioner has been transferred to a CCC, the pending Motion and Request will be denied as moot.

Accordingly, **IT IS ORDERED** that Petitioner's "Motion for Summary Judgment and Immediate Transfer" [dkt. #17] and a "Pro Se Brief and Request for Execution in Support" [dkt. #16] are **DENIED AS MOOT**.

        s/John Corbett O'Meara
        United States District Judge

Date:  June 2, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 2, 2008, by electronic and/or ordinary mail.

        s/William Barkholz
        Case Manager